UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00265-GMN-CWH-11 |
| vs. | |
| JEREMY JOHN HALGAT, | |
| Defendant. | **ORDER** |

On October 11, 2017, this Court granted the Motion to Withdraw as Attorney *(#425)*.

Accordingly, IT IS HEREBY ORDERED that Richard E. Tanasi be APPOINTED as counsel for Jeremy John Halgat for all future proceedings.

Chris Arabia's office shall forward the file to Mr. Tanasi forthwith.

DATED this 24th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE