# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JEREMY JOHN HALGAT, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-265-GMN-CWH <br><br> **ORDER** |

Pending before the Court is Jeremy John Halgat's ("Defendant's") Motion for Reconsideration, (ECF No. 288), of the Court's Order denying his Motion to Substitute Attorney. The Government filed a Response, (ECF No. 327), and Defendant filed a Reply, (ECF No. 348).

In Defendant's Motion to Substitute Attorney he requested the appointment of Melanie Hill ("Hill") to substitute his attorney Chris Arabia ("Arabia"). (*See* Mot. to Substitute Attorney, ECF No. 143). On June 27, 2017, the Court denied Defendant's Motion to Substitute Attorney on the basis that Hill is no longer a member of the Criminal Justice Act ("CJA") panel and out of concern that Hill might be called as a percipient witness. (*See* Order, ECF No. 236). Currently, however, Defendant is represented by Richard Tanasi ("Tanasi"). (*See* Mins. of Proceeding, ECF No. 444) (granting Arabia's motion to withdraw as attorney); (*see also* Order, ECF No. 449) (appointing Tanasi as counsel for Defendant). Given that the Motion for Reconsideration requests substitution of Arabia, and Defendant's attorney of record is Tanasi, the Court denies Defendant's Motion as moot. (*See* Mot. to Recons., ECF No. 288).

///

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration, (ECF No. 288), is **DENIED as moot**.

**DATED** this __18__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge