**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

**TANASI LAW OFFICES**
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00265-GMN-CWH |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE DEADLINE FILE OBJECTIONS TO DOC. 1416** |
| v. | |
| JEREMY JOHN HALGAT, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, and JEREMY JOHN HALGAT, by and through his attorney, Richard E. Tanasi, Esq., that the **deadline to file Defendant Halgat's Objections to Doc. 1416** in the above-captioned matter, now scheduled for *January 9, 2019*, be vacated and continued to *January 23, 2019.*

/ / /

/ / /

/ / /

/ / /

- 1-

This Stipulation is entered into for the following reasons:

1.      On December 26, 2018, this Honorable Court issued a Report and Recommendation denying Defendant Jeremy John Halgat's Motion to Dismiss (ECF No. 864). [ECF No. 1416].   Also, on December 26, 20118, this Honorable Court Ordered Defendant Jeremy John Halgat to re-file a more specific Motion to Compel (ECF No. 858), no later than January 11, 2019, after he narrows the discovery issues and meets and confers with the government. (ECF No. 1417).    Defense counsel needs additional time to review the currently large volume of discovery, and then meet and confer with the Government to determine whether the issues raised in Jeremy John Halgat's Motion to Compel (ECF No. 858) are still ripe. Additionally, Defense counsel needs additional time to prepare Objections to this Honorable Court's Report and Recommendation denying Defendant Jeremy John Halgat's Motion to Dismiss (ECF No. 864). [ECF No. 1416].

2.      This is the first stipulation to continue this deadline in this matter.

3.      The additional time requested herein is not sought for purposes of delay.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the **deadline to file Defendant Halgat's Objections to Doc. 1416** in the above-captioned matter, now scheduled for *January 9, 2019*, to *January 23, 2019.*

DATED this 3$\underline{^{rd}}$ day of January, 2019.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney<br>/s/ _____<br>CHISTOPHER BURTON<br>Assistant United States Attorney<br>501 Las Vegas Blvd., South<br>Suite 1100<br>Las Vegas, NV 89101<br>Attorney for the UNITED STATES | TANASI LAW OFFICES<br>/s/ _____<br>RICHARD E. TANASI, ESQ.<br>601 S. Seventh Street, 2nd Floor<br>Las Vegas, NV 89101<br>Attorney for Defendant |

TANASI LAW OFFICES
601 S. Seventh St., 2ⁿᵈ Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          |          2:16-cr-00265-GMN-CWH

   *Plaintiff,*          |          **ORDER ON STIPULATION**

v.          |

JEREMY JOHN HALGAT,          |

*Defendant.*          |

  This matter coming before the Court on Stipulation, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

  1. On December 26, 2018, this Honorable Court issued a Report and Recommendation denying Defendant Jeremy John Halgat's Motion to Dismiss (ECF No. 864). [ECF No. 1416]. Also on December 26, 20118, this Honorable Court Ordered Defendant Jeremy John Halgat to re-file a more specific Motion to Compel (ECF No. 858), no later than January 11, 2019, after he narrows the discovery issues and meets and confers with the government. (ECF No. 1417). Defense counsel needs additional time to review the currently large volume of discovery, and then meet and confer with the Government to determine whether the issues raised in Jeremy John Halgat's Motion to Compel (ECF No. 858) are still ripe. Additionally, Defense counsel needs additional time to prepare Objections to this Honorable Court's Report and Recommendation denying Defendant Jeremy John Halgat's Motion to Dismiss (ECF No. 864). [ECF No. 1416].

/ / /

/ / /

/ / /

2. This is the first stipulation to continue this deadline in this matter.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **deadline to file Defendant Halgat's Objections to Doc. 1416** in the above-captioned matter, now scheduled for *January 9, 2019*, be vacated and continued to ***January 23, 2019.***

**DATED** this ___8___ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the <u>3rd</u> day of January, 2019 , the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.


<u>/s/</u>_____
An employee of TANASI LAW OFFICES