NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
JOHN HAN
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov
dan.schiess@usdoj.gov
chritopher.burton4@usdoj.gov
john.han@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | **Stipulation to Continue Deadline to File Response to Objections (ECF Nos. 1457, 1458)** |
| Jeremy John Halgat, | |
| Defendant. | |

The United States and defendant Jeremy John Halgat by his undersigned counsel, stipulate to continue the date by which the Government must respond to Defendant Halgat's pending objections, filed at ECF Nos. 1457 and 1458. This stipulation is entered into based on the following.

1. On December 26, 2018, this Honorable Court issued a Report and Recommendation denying Defendant Jeremy John Halgat's Motion to Dismiss. ECF No. 1416. Defendant was ordered to file objections by January 9, 2019.
2. On January 3, 2019, the parties filed a stipulation agreeing to continue the deadline for Defendant's objections, making them due by January 23, 2019. ECF No. 1436.
3. On January 23, 2019, Defendant filed Objections and Supplemental Objections. ECF Nos. 1457, 1458. The Government was ordered to respond by February 6, 2019.
4. Government counsel needs additional time to review the objections, as well as the record in this case and Defendant's prior case upon which the instant litigation primarily rests.
5. This is the first stipulation to continue the deadline for the Government's response in this matter and is requested despite the fact that the current deadline has lapsed.
6. The additional time requested herein is not sought for purposes of delay and does not require a continuance of any other dates, including the currently scheduled trial and calendar call dates.

7. Based on the foregoing, the parties ask the Court to accept this stipulation and order the Government to file its Response by February 20, 2019.

DATED this 14th day of February 2019.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Richard E. Tanasi
RICHARD E. TANASI
*Counsel for Jeremy John Halgat*

/s/ Christopher Burton
CRISTINA D. SILVA
DANIEL R. SCHIESS
CHRISTOPHER BURTON
Assistant United States Attorneys
JOHN HAN
Trial Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jeremy John Halgat,<br><br>Defendant. | 2:16-cr-00265-GMN-CWH<br><br>**Order on Stipulation to Continue Deadline to File Response to Objections (ECF Nos. 1457, 1458)** |

**ORDER**

**IT IS HEREBY ORDERED** that the Government's Response to Defendant's Objections (ECF Nos. 1457, 1458) is continued from February 6, 2019, to February 20, 2019.

**DATED** this 19 day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT