**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JEREMY JOHN HALGAT, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00265-GMN-NJK-11 <br><br> **ORDER** |

Pending before the Court is the Government's Motion to Dismiss Counts Eleven and Twelve of the Superseding Indictment Against Defendant Jeremy Halgat ("Halgat"), (ECF No. 2239). Halgat did not file a response and the time to do so has passed.

On June 14, 2017, a federal grand jury seated in the District of Nevada, returned a superseding criminal indictment charging Halgat with Conspiracy to Participate in a Racketeering Enterprise, in violation of Title 18, United States Code, Section 1962(d) (Count One); Conspiracy to Possess with Intent to Deliver a Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) (Count Eleven); and Using and Carrying a Firearm During and In Relation to Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(I) (Count Twelve). (Superseding Indictment, ECF No. 13). On March 27, 2020, the Government filed a Motion to Dismiss Count One Against Halgat, (ECF No. 2190), which the Court subsequently granted. (*See* April 8, 2020 Order, ECF No. 2212).

In the Government's instant Motion, the Government states it believes that, in the interest of justice, Counts Eleven and Twelve against Halgat should be dismissed without prejudice, and moves for leave of court pursuant to Federal Rule of Criminal Procedure 48(a). Upon review of the Motion and good cause appearing, **IT IS HEREBY ORDERED** that the Government's Motion to Dismiss is **GRANTED**.

## I. CONCLUSION

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss, (ECF No. 2239), is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts Eleven and Twelve of the Superseding Indictment as to Halgat are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that, in light of the above, Halgat's Motion to Dismiss the Indictment, (ECF No. 2234), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the calendar call currently set for August 4, 2020, and the trial currently set for August 10, 2020, are **VACATED**.

**DATED** this  12   day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court